(In re reassessments on second-class property for 1913.)

For the appellant, *Collins & Corbin.*

For the respondent, *John W. Wescott,* attorney-general, *John Bentley* and *John R. Hardin.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the *per curiam* in Long Dock Co. *v.* State Board of Taxes and Assessment, &c., No. 48 of the present term of this court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.

---

LONG DOCK COMPANY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT, ETC., RESPONDENT.

*Argued March 13, 1917—Decided May 24, 1917.*

On appeal from the Supreme Court, whose opinion is reported in 89 *N. J. L.* 108.

(In re reassessments on second-class property for 1914.)

For the appellant, *Collins & Corbin.*

For the respondent, *John W. Wescott,* attorney-general, *John Bentley* and *John R. Hardin.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the *per curiam* in Long Dock Co. *v.* State Board of Taxes and Assessment, &c., No. 48 of the present term of this court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.

---

BENJAMIN F. LOVELAND, RESPONDENT, v. McKEEVER BROTHERS, INCORPORATED, APPELLANT.

Argued March 20, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellant, *James Mercer Davis.*

For the respondent, *Griffin & Griffin.*

PER CURIAM.

The defendant is the owner of Crab Island, situate in Little Egg Harbor bay, Ocean county, New Jersey, on which it has a plant for the rendering of menhaden fish, caught in the Atlantic ocean. In the conduct of this business, the defendant employed the plaintiff at a salary of $200 per month, from the 22d day of July, 1911, until the 24th day of July, 1915. From July 24th, 1915, until March 31st, 1916, the plaintiff drew wages at the rate of $50 per month. Plaintiff's salary not having been paid, suit was entered against the defendant for the entire amount accruing to the plaintiff